No. 7,785.—Ex Parte GERALDINE Y. HECOX.

Decided January 21, 1938.

PER CURIAM.—The application of Geraldine Y. Hecox for writ of habeas corpus is after due consideration denied.

*Mr. Edmund Burke, Jr.,* for Petitioner.